## City of Chicago, Defendant in Error, v. Joseph Biel, Plaintiff in Error.

## Gen. No. 19,212. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. RUFUS T.
ROBINSON, Judge, presiding. Heard in this court at the March
term, 1913. Affirmed. Opinion filed July 7, 1913.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

### Statement of the Case.

Prosecution on complaint against Joseph Biel for violation of section 2012 of the Municipal Code of Chicago. From a judgment imposing a fine of two hundred dollars and costs, defendant brings error.

RICHARD DONOVAN, for plaintiff in error.

WILLIAM H. SEXTON and JAMES S. MCINERNEY, for defendant in error; ALBERT J. W. APPELL, of counsel.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1713*—*argument of assignments of error in brief*. Matters not argued in brief for plaintiff in error are waived.

2. APPEAL AND ERROR, § 956*—*effect of striking bill of exceptions from record*. Matters shown only in the bill of exceptions cannot be considered where such bill of exceptions has been stricken from the record.